UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| GWENDOLYN KENNEDY<br><br>    Plaintiff,<br><br>    v.<br><br>SPROUTS FARMERS MARKET, a business entity, form unknown; and DOES 1 TO 25, inclusive.<br><br>    Defendants.<br><br>---<br><br>SF MARKETS, LLC<br><br>    Third Party Plaintiff,<br><br>    v.<br><br>UPLAND TOWN CENTER, LLC; NMC UPLAND, LLC; UPLAND TERRY, LLC; NORWALK FLALLON, LLC; MOUNTAIN VIEW ENTERPRISES, L.P.; and ROES 1 TO 50, inclusive.<br><br>    Third Party Defendants. | Case No. 5:20-CV-00305-JGB-KKx<br><br>**ORDER TO REMAND**<br><br>Action Date: July 15, 2019<br>Trial Date: Not Set |

**ORDER**

The Court, having reviewed Defendant/Third Party Plaintiff SF Markets, LLC and Plaintiff Gwendolyn Kennedy's stipulation to remand, and good cause appearing, orders as follows:

1. The parties' stipulation is approved;
2. This case is remanded to the San Bernardino County Superior Court; and
3. Each party shall bear its own fees and costs.

IT IS SO ORDERED.

Dated: July 14, 2021

_____
UNITED STATES DISTRICT JUDGE
Central District of California